Exhibit A

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
Pamela Prescott, Esq. (SBN 328243)
pamela@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**ASSASSI & CRUZ LAW FIRM, PC**
Adib Assassi, Esq. (SBN: 301036)
adib@aclegalteam.com
Veronica Cruz, Esq. (SBN: 318648)
veronica@aclegalteam.com
1100 W. Town & Country Road, Suite 1250
Orange, CA 92868
Telephone: (800) 500-0301
Fascimile:  (800) 500-0301

*Attorneys for Plaintiff,*
*Steve Richards*

Electronically FILED by
Superior Court of California,
County of Los Angeles
3/14/2025 1:26 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By G. Cordon, Deputy Clerk

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES (COMPLEX CIVIL)

| | |
|---|---|
| STEVE RICHARDS, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>MRCOOL LLC and DOES 1-20,<br><br>             Defendants. | Case No.:  25STCV07462<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF:**<br><br>1. **THE MAGNUSON-MOSS WARRANTY ACT, 15 U.S.C. §§ 2301, *ET SEQ.*;**<br>2. **CALIFORNIA'S SONG-BEVERLY CONSUMER WARRANTY ACT, CAL. CIV. CODE §§ 1790, *ET SEQ.*;**<br>3. **CALIFORNIA'S CONSUMER LEGAL REMEDIES ACT, CAL. CIV. CODE. §§ 1750, *ET SEQ.*; AND**<br>4. **CALIFORNIA'S UNFAIR COMPETITION LAW, BUS. & PROF. CODE §§ 17200, *ET SEQ.***<br><br>**JURY TRIAL DEMANDED** |

sumer Legal Remedies Act ("CLRA"), Cal. Civ. Code. §§ 1750, *et seq.*; and (4) California's

ir Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200, *et seq.*

## INTRODUCTION

ndant manufactures heating and air conditioning consumer goods, which are advertised as

g accompanied by express warranties.

ever, Defendant conditions the receipt of its express warranties on consumers purchasing

ional "MRCOOL" branded products and services. Such tying agreements are illegal and

essly prohibited by the MMWA.

her Defendant also conditions the receipt of these express warranties on consumers

eting their products/warranties, which is also expressly prohibited by the SBA.

e Practices are not only illegal, but Defendant intentionally conceals these requirements

consumers, and only discloses them after the time of purchase, making them misleading

eceptive, and in violation the CLRA and UCL.

result, consumers are forced to spend more money to purchase additional products and

ces *exclusively from Defendant* in order to receive the benefits they bargained for.

ndant is the sole beneficiary at the expense of Plaintiff and all consumers within California

oughout the United States.

## JURISDICTION AND VENUE

diction and venue are proper in Los Angeles County Superior Court, in the State of

fornia, because the subject incident and events giving rise to the subject incident occurred

s Angeles County, and the Plaintiffs reside in Los Angeles County, California.

Court has personal jurisdiction over Defendant because Defendant conducts business in

County of Los Angeles, State of California, and Plaintiff was injured in the County of Los

...pal place of business in Hickory, Kentucky that maintains continuous and substantial

...ness throughout the state of California, including the Los Angeles County.

...ll relevant times, Defendant engaged in the business of marketing, supplying, and selling

...roducts—including the products purchased by Plaintiff and the public—directly and

...igh a system of marketers, retailers, and distributors in California and across the United

...s:

...ct of employees of Defendant as alleged were authorized or ratified by an officer, director,

...aging agent of the employer.

## FACTUAL ALLEGATIONS

...r about June 27, 2024, Plaintiff searched the internet from his home in Van Nuys, California

...ing to purchase a heating/AC unit for his personal use and to be installed in his home

...ence.

...e viewing the various units online, Plaintiff saw Defendant's MRCOOL E Star DIY 4th

12K BTU Minisplit Heat Pump Complete System 115V/60 Hz (the "Product")[1] advertised

...ale on Costco.com.

...Product's advertisement on Costco's website displayed that the Product was accompanied

...Defendant's standard 5-year parts warranty, standard 7-year compressor warranty, and a

---

[footnote] term "Class Product" as used herein includes any product sold and/or manufactured by Defendant that: (1) ...anied by express warranties, which were conditioned on, or tied to, enrollment in, and/or the purchase of, the ...Care Program or any other MRCOOL branded products or services; (2) is accompanied by a warranty or ...stration card or form, or an electronic online warranty or product registration form, to be completed and ...the consumer, which does not contain statements, each displayed in a clear and conspicuous manner, ...e consumer that: i) the card or form is for product registration, and ii) informing the consumer that failure to ...d return the card or form does not diminish his or her warranty rights; and/or (3) were advertised as being ...d with an express warranty but which did not contain such a warranty, and/or made the warranty contingent ...on, or enrollment in the MRCOOL Care Program or the purchase of other MRCOOL branded products or

uding tax).

ever, upon receiving the Product and opening its packaging, Plaintiff was surprised to

over that the Product did not come with the no-strings attached warranties, as promised and

rtised.

ad, Plaintiff found a Limited Warranty informational flyer (attached here as part of **Exhibit**

) located within the Product's packaging informing Plaintiff that he must register his

uct and be "enrolled in the MRCOOL Care Program every year in order to qualify for the

ar full unit replacement for compressor failure and lifetime compressor replacement."

her upon contacting MRCOOL directly, Plaintiff was informed that enrollment in the

COOL Care Program was necessary to receive these warranties.

MRCOOL Care Program requires consumers to pay a biannual fee to Defendant.

er, notably missing from the Limited Warranty informational flyer within the Product's

aging is the *price* to enroll in the MRCOOL Care Program.

tionally, the warranty card required Plaintiff to register his Product online as a further

ition to receiving his warranties.

pp)of the Limited Warranty contained within the Product's packaging is attached to this

t as "**Exhibit A**."

ing the warranties and wanting to receive them, in order to protect his Product ,

uti…was left with no choice but to register his Product and enroll in the MRCOOL Care

ram in August of 2024.

r about August 28, 2024, Plaintiff began making bi-annual payments of $63.28 (which over

-year warranty equals about $885.92 and over the lifetime of the units amounts to thousands

ollars) in order to obtain the warranties.

...tiff represents and is a member of the Classes, consisting of:

a. *Nationwide Tie-In Class:* All persons who purchased one or more of Defendant's products within the United States during the four (4) years immediately preceding the filing of the Complaint through the date of class certification, whose products were accompanied by express warranties which were conditioned on, or tied to, enrollment in, and/or the purchase of, the MRCOOL Care Program or any other MRCOOL branded products or services;

b. *California Tie-In Class:* All persons who purchased one or more of Defendant's products within California during the four (4) years immediately preceding the filing of the Complaint through the date of class certification, whose products were accompanied by express warranties which were conditioned on, or tied to, enrollment in, and/or the purchase of, the MRCOOL Care Program or any other MRCOOL branded products or services;

c. *Warranty Card Class:* All persons who purchased one or more of Defendant's products within California during the four (4) years immediately preceding the filing of the Complaint through the date of class certification, which were accompanied by a warranty or product registration card or form, or an electronic online warranty or product registration form, to be completed and returned by the consumer, which do not contain statements, each displayed in a clear and conspicuous manner, informing the consumer that: i) the card or form is for product registration, and ii) informing the consumer that failure to complete and return the card or form does not diminish his or her warranty rights.

d. *Enrollment Class:* All persons who purchased one or more of Defendants' products

ons who meet the above definitions of the above Classes are collectively referred to herein

Class Members."

ndant's products that fall within the above Class definition are referred to herein as the

ss Products."

uted from the Class is Defendant and any of Defendant's officers, directors and employees.

ndant reserves the right to modify or amend the Class definition before the Court determines

her Certification is appropriate.

rtified as a class action to assist in the expeditious litigation of this matter.

bers number in the several thousands, if not substantially more. Thus, this matter should

ti do not presently know the number of members in the Classes but believe the Class

ti and Class Members were harmed by the acts of Defendant in violating Plaintiff's and

utive Class Members' rights.

tiff reserves the right to expand the class definitions to seek recovery on behalf of

onal persons as warranted, as facts are learned through further investigation and discovery.

joinder of the Class Members is impractical and the disposition of their claims in the class

on will provide substantial benefits both to the parties and to the court.

Classes can be identified through Defendant's records, Defendant's agents' records, and/or

ds of the retailer from which the Class Products were purchased as well as Defendant's

ant registration records.

e is a well-defined community of interest in the questions of law and fact to the Classes

predominate over questions which may affect individual Class Members, including the

wing:

d.  Whether the Class Products were sold with warranty or product registration cards or forms, or electronic online warranty or product registration forms, which did not contain statements, each displayed in a clear and conspicuous manner, informing the consumer that the card or form is for product registration, and informing the consumer that failure to complete and return the card or form does not diminish his or her warranty rights;

e.  Whether Defendant violated the MMWA by making Class Products' express warranties contingent on enrollment in, and paying for, the MRCOOL Care Program;

f.  Whether Defendants violated the SBA by making Class Products' warranties contingent on registration;

g.  Whether Defendants violated the SBA by not disclosing to Class Members that by not submitting warranty registration cards, or online forms, their warranty rights would not be diminished;

h.  Whether Defendants engaged in false or deceptive advertising practices in violation of the CLRA by not disclosing that Class Products' express warranties were contingent on enrollment in the MRCOOL Care Program and on warranty registration;

i.  Whether Defendants are liable for damages, and the amount of such damages; and

j.  Whether Class Members are entitled to equitable relief including injunctive relief.

    Plaintiffs' claims are typical of the claims of the Classes since Plaintiffs purchased a Class Product as did each member of the Classes.

    Plaintiff and all Class Members sustained injuries arising out of Defendant's wrongful conduct and deception.

    Plaintiff is advancing the same claims and legal theories on behalf of themselves and all absent

y continue such illegal conduct.

tiff has retained counsel experienced in handling class action claims and individual claims

lving unlawful warranty practices and unlawful business practices.

ass action is a superior method for the fair and efficient adjudication of this controversy.

injury suffered by each individual Class Member is relatively small in comparison to the

en and expense of individual prosecution of the complex and extensive litigation

ssitated by Defendant's conduct.

ould be virtually impossible for members of the Classes individually to redress effectively

wrongs done to them. Even if the members of the Classes could afford such individual

tion, the court system could not. Individualized litigation presents a potential for

sistent or contradictory judgments. Individualized litigation increases the delay and

ns to all parties, and to the court system, presented by the complex legal and factual issues

e case.

ontrast, the class action device presents far fewer management difficulties, and provides

enefits of single adjudication, an economy of scale, and comprehensive supervision by a

e court.

n information and belief, the members of the Classes can be identified from Defendant's

rds, Defendant's agents' records, and/or records of the retailers and distributors from which

products were purchased, as well as through public notice.

class action device presents far fewer management difficulties and provides the benefits of

e adjudication, economies of scale, and comprehensive supervision by a single court.

...incorporated by reference in the above paragraphs of this Complaint as though ... herein.

Plaintiff and the Class Members are "consumers" within the meaning of the Magnuson Moss Warranty Act, 15 U.S.C. § 2301(3).

Defendant is a supplier and warrantor within the meaning of 15 U.S.C. §§ 2301(4)-(5).

Class Products, including Plaintiff's Product, are "consumer products" within the meaning 6 U.S.C. § 2301(1).

Defendant's limited warranty is a "written warranty" within the meaning of 15 U.S.C. § 2301(6).

15 U.S. Code § 2302(c) of the MMWA states:

No warrantor of a consumer product may **condition** his **written or implied warranty** of such product on the consumer's using, in connection with such product, any **article or service** (other than article or service provided without charge under the terms of the warranty) which is **identified by brand, trade, or corporate name**. (emphasis added).

16 C.F.R. § 700.10(a) also "[p]rohibits tying arrangements that condition coverage under a ... written warranty on the consumer's use of an article or service identified by brand, trade, or corporate name unless that article or service is provided without charge to the consumer."

By requiring Plaintiff and Class Members to exclusively enroll in, and pay for, the "MRCOOL" ... care program in order to receive their Class Product warranties, Defendant is in violation of the MMWA.

Plaintiff enrolled in the MRCOOL care program, and commenced making bi-annual payments of $53.98 and has suffered harm in that he is paying additional monies that he should not be required to pay as a result of being forced to exclusively buy and enroll in Defendant's branded MRCOOL care program in order to receive the warranties relating to the Product.

The amount in controversy of Plaintiff's individual claims meets or exceeds the sum or value

[Defe]ndant's conduct damaged Plaintiffs and the other Class Members, who are entitled to [reco]ver actual damages, consequential damages, specific performance, diminution in value, [...], including statutory attorney's fees and/or other relief as deemed appropriate.

## SECOND CAUSE OF ACTION

### [VIOLA]TIONS OF CALIFORNIA'S SONG-BEVERLY CONSUMER WARRANTY ACT ("SBA")

#### CAL. CIV. CODE §§ 1790, *ET SEQ.*

#### [On Behalf of Plaintiff and the Warranty Card Class and Enrollment Class]

[Plain]tiff incorporates by reference all the above paragraphs of this Complaint as though fully [...state]d herein.

[...] Class Products, including Plaintiff's Product, are "consumer goods" as defined by [Calif]ornia Civil Code § 1791(a).

[Plainti]ff and Class Members are "buyers" as defined by California Civil Code § 1791(b).

"[Eve]ry manufacturer, distributor, or retailer making express warranties with respect to [consu]mer goods shall fully set forth those warranties in simple and readily understood [lang]uage[.]" California Civil Code § 1793.1(a)(1).

[When t]he manufacturer, distributor, or retailer provides a warranty or product registration card or [form], an electronic online warranty or product registration form, to be completed and returned [by t]he consumer, the card or form shall contain statements, each displayed in a clear and [cons]picuous manner, that do all of the following:

a. Informs the consumer that the card or form is for product registration.

b. Informs the consumer that failure to complete and return the card or form does not [   ]diminish his or her warranty rights." California Civil Code § 1793.1(a)(1)(A)-(B).

[...] warranty or product registration card or form, or an electronic online warranty or product

providing physical and online forms with the Class Products which do not inform Plaintiff

Class Members that the warranty card is for product registration and that warranty rights

not be diminished if the card is not completed, Defendants are in violation of their

native obligations under the SBA.

conditioning warranties on product registration, Defendant is in violation of the SBA.

Plaintiff and Class Members been aware of these terms, they would not have paid the price

dies.

...tiffs and Class Members would have paid less for their Class Products had they been aware

...es terms. The premium paid is a benefit received by Defendants and should be returned to

...tiff.

...tiffs and Class Members have been damaged by not receiving the warranty they were

...ised, or alternatively, even if warranties do exist, by rightfully believing they do not have

...ant rights.

...ndant benefits, at Plaintiff's and Class Members' expense, from this tactic as its costs for

...tiring products under warranty, as well as administering product warranties, are reduced.

...tiff and Class Members who did provide their personal information have been damaged by

...g forced to relinquish their personal information based on Defendants' statutorily mandated

...sions and also by paying to enroll in the MRCOOL care program.

...tiff and Class Members are entitled to damages, including reimbursement of the purchase

...e the Class Products, under California Civil Code §1794(a) and §1794(b).

...ddition to the other amounts recovered, Plaintiffs and Class Members are entitled to a civil

...ly of two-times the amount of actual damages, pursuant to California Civil Code §1794(c).

...tiffs and Class Members are further entitled to recover as part of the judgment a sum equal

**CAL. CIV. CODE, §§ 1750, *ET SEQ.***

**[On Behalf of Plaintiff and the Warranty Card Class and Enrollment Class]**

Plaintiff incorporates by reference all the above paragraphs of this Complaint as though fully set forth herein.

Plaintiff and Class Members are "consumers" within the meaning of California Civil Code §1761(d).

Plaintiff's and Class Members' Class Products are "goods" within the meaning of California Civil Code §1761(a).

Plaintiff's and Class Members' Class Products are "transactions" within the meaning of California Civil Code §1761(e).

The CLRA prohibits "representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have." California Civil Code §1770(a)(5).

The CLRA prohibits "representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another." California Civil Code §1770(a)(7).

The CLRA prohibits "representing that a transaction confers or involves rights, remedies, or obligations that it does not have or involve, or that are prohibited by law." California Civil Code §1770(a)(14).

The CLRA prohibits "advertising goods or services with intent not to sell them as advertised." California Civil Code §1770(a)(9).

The CLRA prohibits "representing that the consumer will receive a rebate, discount or other economic benefit, if earning the benefit is contingent on an event to occur after the transaction."

...anties are conditioned on consumers enrolling in, and paying for, the MRCOOL Care ...gram, or which are conditioned on warranty registration.

...ndant's concealment of material warranty terms was done deliberately and intentionally the purpose of deceiving Plaintiff and Class Members and inducing them into purchasing Class Products, including Plaintiff's Product, and then being forced to pay additional monies ...ceive the express warranties that they were led to believe they were entitled to.

...ndant knew, or should have known, that were it to disclose these material warranty terms, ...tiff and Class Members would not purchase the Class Products or would not pay a premium ...em.

...tiff relied on Defendant's representations regarding the Product's express warranties when ...hasing his Product.

...ed as a result of Defendant's false representations and deceitful conduct regarding its ...es warranties, Plaintiff and Class Members were injured because they: (a) would not have ...hased the Class Products or, alternatively, would have paid substantially less for the Class ...uct had they been aware of the truth concerning the Defendants' false and misleading ...any claims at the time of purchase; (b) paid a premium price for the Class Products as a ...t of Defendants' false warranties and misrepresentations; (c) purchased Class Products that ...not have the sponsorship, characteristics, and qualities promised by Defendants at the time ...le; and (d) had to pay additional monies in order to receive the benefits they were entitled

...er California Civil Code § 1780(a) and (b), Plaintiff, individually and on behalf of the Class ...bers, seeks an injunction requiring Defendant to cease and desist the illegal conduct alleged ...is Complaint.

recall of the Class Products with an offer to refund the purchase price and any additional

...ies paid to receive express warranties, plus reimbursement of interest.

...ursuant to § 1782(a) of the CLRA, on or about January 9, 2025, Plaintiff's counsel notified

...ndant in writing about particular violations of § 1770 of the CLRA and demanded that it

...fy the problems associated with the actions detailed above and give notice to all affected

...urchasers of Defendant's intent to act. However, Defendants failed, within 30 days of receipt

...aintiff's demand, to provide Plaintiffs with an appropriate correction, repair, replacement,

...ther remedy, and have offered no relief or cure for the Class Members.

...intiff and the putative Classes are entitled to, and seek, public injunctive relief prohibiting

...conduct in the future and to recover money damages.

...uant to § 1782(e), Plaintiffs and the Classes assert claims for damages and attorneys' fees

...costs.

...ched hereto as **Exhibit B** is a sworn declaration from Plaintiff pursuant to California Civil

...e § 1780(d).

## FOURTH CAUSE OF ACTION

### VIOLATIONS OF CALIFORNIA'S UNFAIR COMPETITION LAW

### CAL. BUS. & PROF. CODE §§ 17200, *ET SEQ.*

**[On behalf of Plaintiff and the Warranty Card Class, Enrollment Class and the California Tie-In Class]**

...ntiff incorporates by reference all the above paragraphs of this Complaint as though fully ...d herein.

...ntiff and the Class Members are each a "person" as defined by Cal. Bus. & Prof. Code § ...01].

Case 2:25-cv-04698   Document 1-1   Filed 05/23/25   Page 16 of 23   Page ID #:27

...gently engaged in unlawful, unfair, or fraudulent business practices – but only that such

...ices occurred.

### *"Unfair" Prong*

...isiness act or practice is "unfair" under the UCL if it offends an established public policy

...immoral, unethical, oppressive, unscrupulous or substantially injurious to consumers, and

...nfairness is determined by weighing the reasons, justifications and motives of the practice

...st the gravity of the harm to the alleged victims.

...ndant's actions constitute "unfair" business practices because, as alleged above,

...ndants engaged in an illegal, misleading and deceptive practice of tying express warranties

...e purchase of other Defendant branded services and products, conditioning express

...antees on warranty registration, and intentionally omitting statutorily mandated warranty

...osures to consumers.

...is done to force consumers to purchase, as did Plaintiff, additional products and services

...sively from Defendant, in order to receive their express warranties, thereby profiting

...ndant.

...ndants' acts and practices offend an established public policy of transparency in warranty

...s, and they therefore engage in immoral, unethical, oppressive, and unscrupulous activities

...are substantially injurious to consumers.

...han to Plaintiffs and Class Members grossly outweighs the utility of Defendant's practices

...eres no utility to Defendant's practices. Defendant could have required Plaintiff and Class

...mbers to care for their products without enrolling in Defendant's branded MRCOOL care

...ram. Further, Defendant could have disclosed its requirements to consumers before

...hase.

- 15 -

COMPLAINT

continue to do so in the future.

...uant to the UCL, Plaintiff is entitled to preliminary and permanent injunctive relief and ... Defendants to cease this unfair competition, as well as disgorgement and restitution to ...tiff and the Class Members of all Defendants' revenues associated with its unfair ...petition, or such portion of those revenues as the Court may find equitable.

## *"Unlawful" Prong*

...siness act or practice is "unlawful" under the UCL if it violates any other law or regulation.

...ndant's acts and practices alleged above constitute unlawful business acts or practices as ...have violated the plain language of the MMWA as described in Plaintiff's First Cause of ...on above.

...ndant's acts and practices alleged above constitute unlawful business acts or practices as ...have violated the plain language of the SBA as described in Plaintiff's Second Cause of ...on above.

...ndant's acts and practices alleged above constitute unlawful business acts or practices as ...detailed in Plaintiff's Third Cause of Action above, Defendant's acts and practices ...ouring its product sales and warranties also violate several provisions of the CLRA.

...violation of any law constitutes an "unlawful" business practice under the UCL.

...e acts and practices alleged were intended to or did result in violations of the MMWA, ... , and the CLRA.

...ndants' practices, as set forth above, have harmed and misled Plaintiff, the Class Members, ...he public in the past and will continue to mislead in the future. Consequently, Defendant's ...ices constitute an unlawful business practice within the meaning of the UCL.

...uant to the UCL, Plaintiff is entitled to preliminary and permanent injunctive relief and ... Defendants to cease this unfair competition, as well as disgorgement and restitution to

Plaintiff prays for relief and judgment against Defendants as follows:

this action to be certified as a class action;

Plaintiff to be appointed as Class Representative;

Plaintiff's counsel to be appointed as Class Counsel;

order declaring Defendant's conduct unlawful;

award all actual, general, special, incidental, statutory, punitive, civil penalties, and consequential damages and restitution to which Plaintiff and the Class Members are entitled;

all relief available under the MMWA;

all relief available under the SBA;

all relief available under the California Consumer Legal Remedies Act;

pre- and post-judgment interest at the legal rate;

injunctive and other equitable relief as necessary to protect the interests of Plaintiff and the Class Members, and an order prohibiting Defendant from engaging in the unlawful and ... facts described herein;

order that Defendant engage in a corrective campaign to ensure its warranties comply with the MMWA, SBA, and CLRA;

order of restitution and disgorgement of all profits and unjust enrichment that Defendant obtained from Plaintiff and the Class Members as a result of these unlawful and unfair business practices;

attorney's fees, costs of suit, and out of pocket expenses pursuant to, *inter alia*, California ... under Cal Civil Procedure § 1021.5; 15 U.S. Code § 2310; Cal. Civ. Code § 1794(d); and/or California Civil Code § 1780; and

any and all other relief the Court deems just and proper.

By: /s/Abbas Kazerounian

Abbas Kazerounian, Esq.

*Attorneys for Plaintiff*

- 18 -

COMPLAINT

COMPLAINT




**MRCOOL®**
COMFORT MADE SIMPLE
www.MrCool.com

# LIMITED WARRANTY
### for MRCOOL 4th Generation DIY Series (Single-Zone & Multi-Zone) Mini-Split Systems

**Models:**

Air Handlers: DIY-09-HP-WMAH-230C25, DIY-12-HP-WMAH-115C25, DIY-12-HP-WMAH-230C25, DIY-18-HP-WMAH-230C25,
DIY-24-HP-WMAH-230C25, DIY-36-HP-WMAH-230C25
Condensers: DIY-12-HP-C-115C25, DIY-18-HP-C-230C25, DIY-24-HP-C-230C25, DIY-36-HP-C-230C25, DIY-MULTI2-18HP230C,
DIY-MULTI3-27HP230C, DIY-MULTI4-36HP230C, DIY-MULTI5-48HP230C

MrCool distributor (hereinafter "Company") warrants this product against failure due to defect in materials or workmanship under normal use and maintenance as follows. All warranty periods begin on the date of the original installation. If the date cannot be verified, the warranty period begins one hundred twenty (120) days from date of manufacture. The unit comes standard with a 5 year parts/7 year compressor warranty and is available with a limited lifetime compressor warranty only if certain conditions/requirements are met.

The limited lifetime compressor warranty & the 7 year unit replacement warranty covers the unit **ONLY** in the event of compressor failure. **In order to qualify for the limited lifetime compressor warranty, the unit must be registered at the web address below within 60 days of the installation date and the original, registered owner must also enroll in the MrCool Care program within 4 months from the installation date, which has an biannual fee to be covered by the owner.** The MrCool Care program is designed to provide the owner with a Do-It-Yourself cleaning kit to service/clean the unit at regular intervals (biannually) as preventative maintenance to help ensure the unit will continue to function properly throughout its lifespan.

If compressor failure occurs within the first 7 years, and it has been verified with diagnostic testing performed by a certified HVAC technician (and proof can be provided to MrCool), as well as meeting the other stipulations/requirements listed below, this warranty will provide one entire unit replacement **(equipment only)**. In the event of compressor failure after the initial 7 years, the limited lifetime compressor warranty will cover the cost of a replacement compressor **(equipment only)**. This warranty does not cover any costs incurred to diagnose or replace equipment. **If the original owner does not register the unit, the warranty defaults to the standard 5 year parts, 7 year compressor warranty.**

**In order to qualify for the Limited Lifetime Compressor Warranty, the product must be registered by the original owner and they must be enrolled in the MrCool Care program at the following web address:**

**Product Registration: https://mrcool.com/warranty/**

**Stipulations/Requirements for Limited Lifetime Warranty:**

- The original, registered owner must be enrolled in MrCool Care Program which auto-ships a Do-It-Yourself cleaning kit to the owner in order to clean the condenser coils (every 6 months) at a nominal, biannual fee.
- Original owner must register the unit at the above web address.
- **Proper installation** - Limited lifetime warranty applies only to systems that are installed according to the installation instructions*, and in accordance with all applicable electrical codes and permits.
  **\*State certified or licensed HVAC contractor is not required for warranty on the DIY series units. (Always check your local laws.)**
- Warranty only applies to products remaining at their original installation address.
- Defective parts must be returned to the distributor through a registered servicing dealer for credit.
- This warranty is non-transferable and assigned to the original, registered owner named in the Product Registration.
- In the event of compressor failure, a certified HVAC technician must perform diagnostic tests to confirm (customer is responsible for any costs associated with diagnosis or testing). Proof of this diagnosis (ex: invoice) must be available to be sent to MrCool for verification purposes if requested.

**LIMITATIONS OF WARRANTIES:** ALL IMPLIED WARRANTIES AND/OR CONDITIONS (INCLUDING IMPLIED WARRANTIES OR CONDITIONS OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR USE OR PURPOSE) ARE LIMITED TO THE DURATION OF THIS LIMITED WARRANTY. SOME STATES OR PROVINCES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY OR CONDITION LASTS, SO THE ABOVE MAY NOT APPLY TO YOU. THE EXPRESS WARRANTIES MADE IN THIS WARRANTY ARE EXCLUSIVE AND MAY NOT BE ALTERED, ENLARGED, OR CHANGED BY ANY DISTRIBUTOR, DEALER, OR OTHER PERSON, WHAT SO EVER.

**THIS WARRANTY DOES NOT COVER ANY OF THE FOLLOWING:**

1. Labor or other costs incurred for diagnosing, repairing, removing, installing, shipping, servicing or handling of either defective parts, or replacement parts, or new units.
2. Normal maintenance as outlined in the Installation and/or Owner's Manuals, including, but not limited to filter cleaning and/or replacement, and lubrication.
3. Failure, damage or repairs due to faulty installation, misapplication, abuse, improper servicing, unauthorized alteration or improper operation.
4. Failure to start due to voltage conditions, blown fuses, open circuit breakers, or damages due to the inadequacy or interruption of electrical service.
5. Failure or damage due to floods, winds, fires, lightning, accidents, corrosive environments (rust, etc.) or other conditions beyond the control of the Company.
6. Parts not supplied or designated by Company, or damages resulting from their use.
7. Products installed outside USA and Canada.
8. Electricity or fuel costs, or increases in electricity or fuel costs from any reason whatsoever, including additional or unusual use of supplemental electric heat.
9. Any cost to replace, refill or dispose of refrigerant, including the cost of refrigerant.
10. Any special, indirect or consequential property or commercial damage of any nature whatsoever. Some states or provinces do not allow the exclusion of incidental or consequential damages, so the above limitation may not apply to you.

**For additional warranty exclusions, visit www.MrCool.com**

*This warranty gives you specific legal rights, and you may also have other rights, which vary from state to state or province to province. In the event that the laws of a particular state or province contradict the provisions of this warranty program, the warranty program will be interpreted in accordance with said laws. For warranty service or repair, contact your installing contractor. You may find the installer's name on the equipment or in your Owner's packet. Complete product registration online at the web address above.*

**\*The original, registered owner must be enrolled in the MrCool Care Program every year in order to qualify for the 7 year full unit replacement for compressor failure and lifetime compressor replacement.**

Version Date 02/16/2022

COMPLAINT

oduct") from Costco.com.

the time of my payment and review of the Product, I was physically present within the County of Los Angeles, State of California, where I also reside.

so, it is my understanding that Defendant does business within the County of s Angeles.

declare under penalty of perjury under the laws of California that the gs true and correct, and that this declaration was executed on

, 2025.

By: _____

**STEVE RICHARDS**